FILED

JUL 11 1973

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 1973 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15555 Criminal |
| Plaintiff, | INDICTMENT |
| v. | Title 18, U.S.C., Sec. 751 - Escape |
| JOSE SANCHEZ-SANCHEZ, THOMAS LOPEZ-MENDOZA, RAFAEL VEGA-GOMEZ, JESUS RODRIGUEZ-LOPEZ, ALBERTA VASQUEZ-PEREZ, RAMON RUIZ-SANCHEZ, DARIO MARTINEZ-ENRIQUEZ, OCTAVIO GARCIA-TORREZ, SILVERIO PEREZ-LUNA, MANUEL ROBLES-VASQUEZ, RUBEN SAMANIEGO-MUNOZ, TIMOTEO MARTINEZ-VALERIO, ISRAEL CASTRO-FELIZ, PABLO CORREA-GONZALEZ, Defendants. | |

The grand jury charges:

COUNT ONE

On or about May 27, 1973, within the Southern District of California, defendants JOSE SANCHEZ-SANCHEZ, THOMAS LOPEZ-MENDOZA, RAFAEL VEGA-GOMEZ, JESUS RODRIGUEZ-LOPEZ, ALBERTA VASQUEZ-PEREZ, RAMON RUIZ-SANCHEZ, DARIO MARTINEZ-ENRIQUEZ, OCTAVIO GARCIA-TORREZ,

1  Facility, El Centro, California, after their arrest and conviction
2  for violation of Title 8, United States Code, Section 1325; in
3  violation of Title 18, United States Code, Section 751.

            A TRUE BILL:

            _____
                                    Foreman

_____
HARRY D. STEWARD
United States Attorney