UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 JUL 12 PM 3:15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TIMOTEO MARTINEZ-VALERIO (12),<br><br>　　　　　　Defendant. | CASE NO. 73CR15555-L<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

**XX** the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**XX** of the offense(s) as charged in the Indictment:

　　　18:751 - ESCAPE

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 2, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE